No. 19,661.

THE CITY OF JUNCTION CITY, *Appellee* and *Appellant*, v. THE
CENTRAL NATIONAL BANK OF JUNCTION CITY, *Appellant* and
*Appellee.*

OPINION DENYING A REHEARING.

Appeal from Geary district court; ROSWELL L. KING, judge.
Opinion denying a rehearing filed January 8, 1916. (For
original opinion of reversal see 96 Kan. 407, 153 Pac. 28.)

*W. S. Roark,* of Junction City, for the Central National Bank.

*I. M. Platt,* and *James V. Humphrey,* both of Junction City,
for Junction City.

*Per Curiam:* A petition for a rehearing was filed in this
case and time was given to file a more extended supplemental
petition, both of which have now been considered. In these it
is shown that the lawyers for the bank acted in good faith in
raising debatable questions as to the validity of the bonds. We
gladly chronicle that fact. This showing was made by deposi-
tions taken for use in the trial below; but, since the district
court struck out that defense, the depositions were not offered
in evidence.

Aside from recognizing the good faith of the bank's at-
torneys, however, we do not wish to modify our opinion of the
law as stated in the original decision, nor do we find in the
petition for a rehearing any occasion to amplify what was there
decided.